THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, *v.* MICHAEL H. HILTS et al., as Assessors of the Town of Sullivan, Appellants.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Hilts,* 47 App. Div. 629, affirmed.
(Argued June 4, 1900; decided June 19, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered February 27, 1900, affirming an order of Special Term correcting the assessment against relator in the town of Sullivan for the year 1897.

*C. A. Hitchcock* for appellants.

*Albert H. Harris* for respondent.

Order affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.